1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant NUNEZ-ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00007 JW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING DATE |
| vs. ) | AND EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| LUIS ALONSO NUNEZ-ROMERO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Defendant Luis Alonso Nunez-Romero, by and through Assistant Federal Public Defender Nicholas Humy, and the United States, by and through Assistant United States Attorney Steven Seitz, hereby stipulate that, with the Court's approval, the status conference currently set for Monday, February 8, 2010, shall be continued to Monday, March 1, 2010.

The parties agree that the time between February 8, 2010 and March 1, 2010, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(3) and (4), for effective defense preparation and for continuity of defense counsel..

IT IS SO STIPULATED.

Dated: February 3, 2010

_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: February 3, 2010

_____/s/_____
STEVEN SEITZ
Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing date shall be continued from February 8, 2010, at 1:30 p.m. to March 1, 2010.

THE COURT FINDS that exclusion of the time between February 8, 2010 and March 1, 2010, is appropriate for effective defense preparation and for continuity of defense counsel.

THEREFORE, IT IS HEREBY ORDERED that the time between February 8, 2010 and March 1, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(3) and (4).

IT IS SO ORDERED.

Dated: February 4, 2010

_____
The Honorable James Ware
United States District Court
Stipulation and Proposed Order
No. CR 10-00007 JW                                                2