IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR-12-00020 LHK |
| | ) | CR-10-00007 LHK |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | [PROPOSED] ORDER TO CONTINUE |
| | ) | SENTENCING HEARING |
| LUIS ALONSO NUÑEZ-ROMERO, | ) | |
| | ) | |
| Defendant. | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently set for Wednesday, September 5, 2012, at 9:00 a.m., shall be continued to Wednesday, October 17, 2012, at 9:00 a.m.

Dated: August _8_, 2012

_____
HON. LUCY H. KOH
United States District Judge

[Proposed] Order to Continue Sentencing Hearing
CR-12-00020 LHK; CR-10-00007 LHK            1